**3/31/2015**                                              **COA Case No. 01-13-00775-CR**
**JORDAN, RALEIGH          Tr. Ct. No. 1329597               PD-0356-15**
On this day, this Court has granted the Appellant's motion for an extension of time
in which to file the Petition for Discretionary Review. The time to file the petition
has been extended to Monday, May 11, 2015. NO FURTHER EXTENSIONS WILL
BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed with
the Court of Criminal Appeals.

Abel Acosta, Clerk

1ST COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX  77002-7006
* DELIVERED VIA E-MAIL *